# IN THE CHOCTAW TRIBAL COURT
## MISSISSIPPI BAND OF CHOCTAW INDIANS

| | |
|---|---|
| **MISSISSIPPI BAND OF CHOCTAW INDIANS** | **PLAINTIFF** |
| VS. | CR. NO.: 2021-551 |
| **KIRSTEN WILLIS** | **DEFENDANT** |

## ORDER TO DISMISS WITH PREJUDICE

THIS DAY, this cause came before the Honorable Court for trial and there appearing in the Court was Timothy L. Taylor, Prosecutor for the Mississippi Band of Choctaw Indians' - Office of the Attorney General, and Defendant named herein with no attorney of record, and the Court having found that it has personal and subject matter jurisdiction over the parties, does find as follows:

That the Victim, Gloria Wilson, herein refuses to go forward with Cr. No.: 2021-551, Criminal Damage to Property-Domestic; Class "C" Offense against the Defendant and the Honorable Court grants the Victim's request; therefore, the above-styled criminal cause shall be dismissed with prejudice.

SO ORDERED AND ADJUDGED THIS THE 25th DAY OF APRIL, 2022.

TRIBAL CRIMINAL COURT JUDGE

Prepared by:
Timothy L. Taylor, Prosecutor
Office of the Attorney General
Mississippi Band of Choctaw Indians