# CHOCTAW TRIBAL COURT
## MISSISSIPPI BAND OF CHOCTAW INDIANS



MISSISSIPPI BAND OF CHOCTAW INDIANS      Plaintiff

-VS-      CR NO.: 2021-557

Kristen J. Willis      Defendant

## CRIMINAL COMPLAINT

Charge: **Criminal Damage to Property-Domestic, Class "C" Offense**

### CONTRARY TO CHOCTAW TRIBAL CODE,
### SECTION: §3-4-2 (Domestic, 3-10-2 (5)(b)(1))

The undersigned, under penalty of perjury, complains and says that on or about the **28th** day of **September, 2021** at approximately **4:34 P.M.** within the confines and bounds of the Choctaw Indian Reservation, in the Community of **Pearl River** The above-named defendant did willfully and unlawfully commit the following: **In Pursuant to Chapter 10, Title III of the Choctaw Tribal Code concerning Domestic Violence: Based upon information received from victim (Gloria Wilson). The defendant named above did intentionally burned a couch that was located in the living room. The victim did state that defendant does reside with her at the residence.**

This incident occurred at 104 Goat Ranch Road

Such act being against the peace and dignity of the Mississippi Band of Choctaw Indians, I swear or affirm under the penalty of perjury that the facts set forth above are true to the best of my information and belief.

Signature of Complainant

**Officer Natalie Watkins-122**
Please Type or print name of Complainant

STATE OF MISSISSIPPI
COUNTY OF NESHOBA

SUBSCRIBED AND SWORN TO before me by Officer Natalie Watkins
This the 29th day of September, 2021.

NOTARY PUBLIC

