FILED
SEP 29 2021
CHOCTAW TRIBAL COURT

# CHOCTAW TRIBAL COURT
## MISSISSIPPI BAND OF CHOCTAW INDIANS

*Pamela Jimmie*

**MISSISSIPPI BAND OF CHOCTAW INDIANS**     Plaintiff

-VS-     CR NO.: 2021-550

__Lashandell F. Thomas__     Defendant

## CRIMINAL COMPLAINT

Charge: __Criminal Damage to Property-Domestic, Class "C" Offense__

CONTRARY TO CHOCTAW TRIBAL CODE,
SECTION: __§3-4-2 (Domestic, 3-10-2 (5)(b)(1))__

The undersigned, under penalty of perjury, complains and says that on or about the **28th** day of **September, 2021** at approximately **4:34 P.M.** within the confines and bounds of the Choctaw Indian Reservation, in the Community of **Pearl River** The above-named defendant did willfully and unlawfully commit the following: __In Pursuant to Chapter 10, Title III of the Choctaw Tribal Code concerning Domestic Violence: Based upon information received from victim (Gloria Wilson). The defendant named above did intentionally burned a couch that was located in the living room. The victim did state that defendant did reside with her at the residence in the past.__
__This incident occurred at 104 Goat Ranch Road__

Such act being against the peace and dignity of the Mississippi Band of Choctaw Indians, I swear or affirm under the penalty of perjury that the facts set forth above are true to the best of my information and belief.

_[Signature]_
Signature of Complainant

__Officer Natalie Watkins-122__
Please Type or print name of Complainant

STATE OF __MISSISSIPPI__
COUNTY OF __NESHOBA__

SUBSCRIBED AND SWORN TO before me by *Officer Natalie Watkins*
This the __29th__ day of __September__, 2021.

_[Signature]_
NOTARY PUBLIC

VALERIE J. THOMAS