**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                            **CASE NO.: 3:22cr7-CWR-LGI-1**

**LASHANDELL F. THOMAS**                                            **DEFENDANT**

**AGREED ORDER OF CONTINUANCE**

This cause having come before the Court on the *ore tenus* motion of the defendant to continue this matter and the Government advising that it has no objection to said motion, and the Court having considered said motion, finds that the following reasons said motion is well taken and is hereby granted and the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

(h)The following periods of delay shall be excluded in computing the time within which an information or an indictment must be filed, or in computing the time within which the trial of any such offense must commence:

(1)

Also having duly considered the factors articulated in Title 18, Section 3161(h)(1)(B) to determine the appropriateness of a continuance, the Court finds that "[a]ny period of delay resulting from other proceedings concerning the defendant, including but not limited to— . . . (B)delay resulting from trial with respect to other charges against the defendant[.]" The ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance

The Court finds that the defendant has specifically waived any speedy trial objections heretofore arising or which many arise as a result of this requested continuance under the Speedy

Trial Act or the Constitution in the case at bar finds that this motion should be granted for the reasons described above.

**IT IS FURTHER ORDERED** that Change of Plea deadline is set for June 23, 2025.

**IT IS FURTHER ORDERED** that this matter be continued until the Court's next trial term beginning on July 7, 2025, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

**SO ORDERED**, **this the  26th day of February, 2025.**


_s/ Carlton W. Reeves_
**UNITED STATES DISTRICT JUDGE**


_/s/ T. Murry Whalen_
T. Murry Whalen
_Attorney for Defendant Lashandell F. Thomas_

 _/s/ Kevin Payne_
Kevin Payne, AUSA
Attorney for the Government